IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 16-cv-0761-WJM-MJW

MICHAEL OLIVERO and
ANGELA OLIVERO,

    Plaintiffs,

v.

TREK BICYCLE CORPORATION, a Wisconsin Company,

    Defendant.

---

## VERDICT FORM

---

We, the jury, present our answers to questions submitted by the Court, to which we have all agreed:

### PART I: STRICT PRODUCT LIABILITY

1.     Do you find that Plaintiff Michael Olivero is entitled to recover damages from Defendant Trek Bicycle Corporation on his claim of strict product liability? (Yes or No)

    ANSWER: __NO__

If your answer to Question No. 1 is **"No"**, then you must find for Defendant Trek Bicycle Corporation. You are to then **STOP HERE**, go to the end of this Verdict Form, and sign as indicated.

If, on the other hand, you answered **"Yes"** to Question No. 1, then please reference the instruction titled "Strict Product Liability—Damages" and answer the following questions:

1

2. What is the total amount of Plaintiff Michael Olivero's damages for noneconomic losses or injuries? You should answer "0" if you determine there were none.

ANSWER: $_____

3. The parties have stipulated that Mr. Olivero's past economic losses total $102,321.62 and that amount will be part of any award.

4. What is the total amount of Plaintiff Michael Olivero's damages, if any for physical impairment or disfigurement? In computing damages in this category, you shall not include any damages for losses or injuries already determined in Question No. 2 or No. 3, above. You should answer "0" if you determine there were none.

ANSWER: $_____

## PART II: LOSS OF CONSORTIUM

5. Do you find that Plaintiff Angela Olivero is entitled to recover damages for the loss of her husband's consortium? (Yes or No)

ANSWER: _____

If your answer to Question No. 5 is **"No"**, **STOP HERE**, go to the end of this Verdict Form, and sign as indicated.

If, on the other hand, you answered **"Yes"** to Question No. 5, then please reference the instruction titled "Loss of Consortium—Damages" and answer the following question:

6. What is the total amount of Plaintiff Angela Olivero's damages for noneconomic losses or injuries?

ANSWER: $_____

2

8/2/18
DATE

1:52 pm
TIME

Juror Signature Redacted

FOREPERSON