IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 16-cv-00761-WJM-MJW

MICHAEL OLIVERO and
ANGELA OLIVERO,

    Plaintiffs,

v.

TREK BICYCLE CORPORATION,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF ORIGINAL EXHIBITS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the jury trial, counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 2nd day of August, 2018.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiffs

_____
Attorney for Defendant