**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00761-WJM-MJW

MICHAEL OLIVERO and
ANGELA OLIVERO,

      Plaintiffs,

v.

TREK BICYCLE CORPORATION, a Wisconsin Company,

      Defendant.

---

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

THIS MATTER was tried from July 30, 2018 through August 2, 2018, before an empaneled jury of eight, United States District Judge William J. Martínez presiding. The case was submitted to the jury on Thursday, August 2, 2018, on Plaintiffs' claims of strict product liability and loss of consortium.

The jury rendered a unanimous verdict.

Pursuant to and in accordance with the jury's verdict for the Defendant, it is therefore

ORDERED that judgment is entered in favor of Defendant, Trek Bicycle Corporation, and against Plaintiffs, Michael Olivero and Angela Olivero. It is further

ORDERED that Plaintiffs' claims and this case are dismissed with prejudice. It is further

ORDERED that costs shall be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 3rd day of August, 2018.

APPROVED:

FOR THE COURT:
Jeffrey P. Colwell, Clerk

_____
United States District Judge

By:     s/L.Roberson
L. Roberson, Deputy Clerk