# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00761-MJW-MJW

MICHAEL OLIVERO and ANGELA OLIVERO, individuals,

    Plaintiffs,

v.

TREK BICYCLE CORPORATION, a Wisconsin corporation,

    Defendant.

---

## JOINT STIPULATION OF THE PARTIES REGARDING WAIVER OF COSTS AND TERMINATION OF FURTHER PROCEEDINGS

---

    Plaintiffs Michael Olivero and Angela Olivero (collectively, "Plaintiffs") and Defendant Trek Bicycle Corporation ("Trek") (collectively, the "Parties"), by and through their undersigned counsel hereby respectfully submit this Joint Stipulation Regarding Costs and Further Proceedings and state as follows:

    1.    A jury trial in this matter was concluded on August 2, 2018, with the jury returning a verdict of no liability in favor of Trek.  [ECF No. 133.]

    2.    Thereafter, on August 3, 2018, this Court entered Final Judgment in favor of Trek and against Plaintiffs and further dismissed all of Plaintiffs' claims with prejudice.  [ECF No. 144.]  The Court further ordered that costs shall be taxed in accordance with F.R.C.P. 54(d)(1).

    3.    The Parties have agreed that Trek, as the prevailing party, will forgo its recovery of any costs in this matter in exchange for the Plaintiffs' waiver of any and all post-trial motions

and/or appeals related to the above-captioned matter. The Parties agree that Trek shall be awarded no costs and the Plaintiffs shall be forever barred from undertaking any efforts to set aside or otherwise reverse the Final Judgment of this Court in the above-captioned matter.

4. Accordingly, the Parties hereby provide notice that there shall be no further proceedings in this case, that there is nothing more for the Court to do with respect to this matter, and that the above-captioned matter should be permanently closed.

DATED: August 17, 2018                      Respectfully submitted,

*/s/George McLaughlin*
Brian Weiss
Crawford Weiss, LLC
450 E. 17th Ave., Suite 400
Denver, CO 80203
Phone: (303) 741-0249
brian@crawfordweiss.com

George E. McLaughlin
Warshauer-McLaughlin Law Group, P.C.
1890 Gaylord St.
Denver, CO  80206
720.420.9800 (office)
303.506.0694 (cell)
GEM@W-MLawGroup.com

William J. Hansen
McDermott Attorneys, LLC
1890 Gaylord Street
Denver, CO 80206
billhansen@mcdermottattorneys.com

*Counsel for Plaintiffs*

s/*James Silvestro*
Timothy G. Atkinson
James R. Silvestro
Ireland Stapleton Pryor & Pascoe, P.C.
717 Seventeenth Street, Suite 2800
Denver, CO 80202
(303) 628-2700
(303) 623-2062 (FAX)
jsilvestro@irelandstapleton.com
tatkinson@irelandstapleton.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 17th day of August, 2018, I electronically filed the foregoing **JOINT STIPULATION OF THE PARTIES REGARDING WAIVER OF COSTS AND TERMINATION OF FURTHER PROCEEDINGS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian Weiss
Crawford Weiss, LLC
450 E. 17th Ave., Suite 400
Denver, CO 80203
brian@crawfordweiss.com

George E. McLaughlin
Warshauer-McLaughlin Law Group, P.C.
1890 Gaylord St.
Denver, CO  80206
GEM@W-MLawGroup.com

William J. Hansen
McDermott Attorneys, LLC
1890 Gaylord Street
Denver, CO 80206
billhansen@mcdermottattorneys.com

*Attorneys for Plaintiffs*

                    *s/James Silvestro*